IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TYLOR BUTTOLPH,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY and DOES 1-10,<br><br>Defendants. | CV 25-50-GF-KLD<br><br>ORDER |

The parties have filed a Stipulation of Dismissal advising the Court that this case has settled. (Doc. 19). Pursuant to the terms of the stipulated dismissal,

IT IS ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to close the case file.

DATED this 17th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge